**THE HONORABLE ROBERT S. LASNIK**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HAURY'S AUTO BODY, INC., d/b/a HAURY'S LAKE CITY COLLISION as assignee for JOHN LOWE; and HAURY'S AUTO BODY, INC. d/b/a HAURY'S LAKE CITY COLLISION, a Washington Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | NO. 2:17-cv-00650RSL<br><br>ORDER REMANDING CASE BACK TO KING COUNTY SUPERIOR COURT |

THIS MATTER came before the court on the parties' stipulated motion to remand case back to King County Superior Court because the amount in controversy for all claims asserted does not exceed the minimum amount of $75,000.00 (Seventy-five thousand and No/100ths dollars) required for jurisdiction in this court for matters removed to it pursuant to 28 U.S.C. §§ 1332 and 1441.

[PROPOSED] ORDER REMANDING CASE BACK TO THURSTON COUNTY SUPERIOR COURT - Page 1

(Case No. 2:17-cv-00650)

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

The court, being fully advised in the premises, does hereby ORDER that this matter shall be remanded back to King County Superior Court for further proceedings.

No costs or fees are assessed to either party.

DATED this 23rd day of May, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER REMANDING CASE BACK TO THURSTON COUNTY SUPERIOR COURT - Page 2

(Case No. 2:17-cv-00650)

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437